**SENTENCING**

Date: <u>03/16/2012</u>  Judge: <u>Trenga</u>
Reporter: <u>R. Montgomery</u>
Start: <u>9:04 a.m.</u>
End: <u>9:19 a.m.</u>

UNITED STATES of AMERICA  Case Number <u>1:11CR00520-001</u>
       V.

<u>Jason Andre Blackman</u>
Counsel/Govt: <u>Kara Traster</u>  Counsel/Deft: <u>John Iweanoge</u>
Court adopts PSI ( ✘ ) without exceptions ( ) with exceptions: <u>Gov't requests the mandatory minimum sentence. Deft requests a sentence that is no more than necessary.</u>

**SENTENCING GUIDELINES** :  Court departs from Guidelines pursuant
Offense Level: <u>29</u>  to:
Criminal History: <u>II</u>  ____ USSG 5H1.4
Imprisonment Range: <u>97</u> to <u>121</u> months (120 - 121 months restricted)  ____ USSG 5K1.1
Supervised Release Range: <u>5</u> years  ____ USSG 5K2.12
Fine Range: $<u>15,000</u> to $<u>10,000,000</u>  ____ USSG 5C1.2
Restitution $ <u>N/A</u>  ____ Other:_____
Special Assessment $<u>100</u> ( ) Satisfied  ( ✘ ) Unsatisfied, due immediately  **✘** Man Minimum

**JUDGMENT OF THE COURT:**  Plea: <u>✘</u>  -OR- Trial: _____
BOP for <u>**120**</u> months with credit for time served
Supervised Release for <u>**5**</u> Years w/ special conditions: ( ✘ ) Yes
Restitution of $ **N/A** due immediately/ monthly installments of $__ to begin w/**in** days of release from custody
( ✘ )  Fine/costs of incarceration waived

**SPECIAL CONDITIONS**:
1) The deft shall provide the PO access to any requested financial information.
2) The deft shall participate in a program approved by the PO for substance abuse, which program may include residential treatment and testing to determine whether the deft has reverted to the use of drugs or alcohol, w/ partial cost to be paid by the deft, as directed by the PO.
\* Consent Order of Forfeiture entered in open Court

**RECOMMENDATIONS to BOP**:
✘  Dft. To be designated to: **FCI Cumberland located in Maryland, if available and appropriate**.
___  Dft. designated to facility to participate in ICC (Boot Camp) type program
✘  Dft. be evaluated for and participate in 500 hr Residential Drug Abuse Treatment Program (RDAP), if deemed appropriate.
___  Other:_____.

Deft: ( ✘ ) Remanded  ( ) Cont'd on Bond to Self-Surrender  ( ) Referred to USPO  ( ) Immediate Deportation