IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11CR520 |
| | ) | |
| JASON ANDRE BLACKMAN, | ) | The Honorable Anthony J. Trenga |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on December 13, 2011, defendant JASON ANDRE BLACKMAN pleaded guilty to a single count criminal information charging the defendant with conspiracy to distribute five(5) kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and pursuant to the defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property that is the subject of this order of forfeiture and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.   The sum of $14,000.00 United States currency given by the defendant and his co-co-conspirator, Anthony Powell, to a confidential source on or about September 8, 2011, in the parking lot of the Key Bridge Marriot Hotel, located in Arlington, Virginia, is forfeited to the

U.S. v. BLACKMAN, 1:11CR520
Consent Order of Forfeiture
Page 2

United States, pursuant to 21 U.S.C. § 853, as property involved in the defendant's offense, or as a substitute for such property, or as the proceeds of drug trafficking or property derived from, traceable to, fungible with, or a substitute for such property, and as property in which the defendant has an interest;

2. The Attorney General or a designee is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(3).

3. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. This Consent Order of Forfeiture is final as to the defendant, and it shall be made part of his sentence and included in the Judgment in this case pursuant to Fed. R. Crim. P. 32.2(b)(4).

5. Any person, other than the defendant, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(1).

6. If no third party files a timely petition or if this Court denies and/or dismisses all third party petitions timely filed, this Consent Order shall become the Final Order of Forfeiture, and the United States shall have clear title to the property and may warrant good title to any

U.S. v. BLACKMAN, 1:11CR520
Consent Order of Forfeiture
Page 3

subsequent purchaser or transferee pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2).

7. If this Court grants any third party rights, a Final Order of Forfeiture that amends this Consent Order as necessary to account for said third party rights, shall be entered pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c)(2).

Date: MARCH 16, 2012
Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Court Judge

WE ASK FOR THIS:

United States of America, plaintiff

Neil H. MacBride
United States Attorney

By: Kara Martin Traster
Special Assistant United States Attorney

Jason Andre Blackman, defendant

JASON ANDRE BLACKMAN
Defendant

Mr. John O. Iweanoge, Esq.
Counsel for the Defendant