UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

MAILROOM
DEC - 9 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FILE NO. 1:11CR00520-001

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | MOTION FOR REDUCTION OF SENTENCE |
| ) | UNDER 18 U.S.C.§3582 (C)(2) |
| JASON ANDRE BLACKMAN ) | |
| _____ ) | |

THE PETITIONER **JASON ANDRE BLACKMAN**, RESPECTFULLY MOVES THIS COURT, PURSUANT TO 18 U.S.C.(C)(2), U.S.S.G § 1B1.10.10(C), AND U.S.S.G. AMENDMENT 782, FOR AN ORDER REDUCING GUIDELINE RANGE BASED ON THE 2014 RETROACTIVE AMENDMENT TO THE DRUG GUIDELINES.

MR. **JASON ANDRE BLACKMAN**, RESPECTFULLY REQUEST YOUR HONOR TO APPOINT COUNSEL IN THE ABOVE MATTER, AS WELL AS THAT THIS MOTION BE GRANTED AND THAT THE COURT GRANT DEFENDANT A SENTENCE REDUCTION IN ACCORDANCE WITH 18 U.S.C.§ 3582 (C)(2), U.S.S.G § 1B1.10(C), AND U.S.S.G § AMENDMENT AND IMPOSE A COMPARABLE SENTENCE OF SEVENTY-EIGHT (78) MONTHS.

RESPECTFULLY SUBMITTED,

*/s/ Jason Andre Blackman*
JASON ANDRE BLACKMAN